ACCEPTED
03-15-00285-CV
6114596
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/17/2015 12:35:13 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00285-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/17/2015 12:35:13 PM
JEFFREY D. KYLE
Clerk

VOLKSWAGEN GROUP OF AMERICA, INC. AND AUDI OF AMERICA, INC. OF TEXAS
*Appellants,*

**v.**

JOHN WALKER III, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE TEXAS DEPARTMENT OF MOTOR VEHICLES BOARD, AND THE HONORABLE MICHAEL J. O'MALLEY AND THE HONORABLE PENNY A. WILKOV, IN THEIR OFFICIAL CAPACITIES AS ADMINISTRATIVE LAW JUDGES FOR THE STATE OFFICE OF ADMINISTRATIVE HEARINGS
*Appellees.*

On Appeal from the 201st Judicial District Court, Travis County, Texas
Honorable Amy Clark Meachum, Presiding Judge

### APPELLEES O'MALLEY AND WILKOV'S
### FIRST MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellee, Ken Paxton, Attorney General of Texas, files this motion requesting this Court to extend the time for filing Appellee's brief by 14 days to August 14, 2015.

**A.     Current Deadline**.

The current deadline for filing the response is July 31, 2015.

**B.     Length of Extension Sought for Filing the Response.**

Respondent seeks an additional 14 days from July 31, 2015 through and including August 14, 2015.

**C.      Number of Previous Extensions Granted**.

This is the first extension requested by Appellees. Appellants were granted a 14 day extension previously.

**D.      Facts Explaining the Needed Extension.**

Appellee's counsel requests this extension in light of some previously scheduled deadlines, including a deadline to file a Petition for Review in the Supreme Court.  Appellee's counsel will also be out of state visiting family from July 18, 2015 through July 26, 2015.

This extension is not being sought for purposes of delay, but rather to provide undersigned counsel the time to fully respond to Appellant's brief.  Counsel for Appellee Walker and counsel for both intervenors are unopposed to this motion.  Counsel for Appellants is opposed.  Accordingly, Appellees O'Malley and Wilkov ask that this Motion be granted and that they be given until August 14, 2015, to file their brief in this case.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SHELLEY DAHLBERG
Associate Deputy Attorney General for Civil
Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/ Kimberly L. Fuchs*
KIMBERLY L. FUCHS
State Bar No. 24044140
Chief, Open Records Litigation
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
Telephone:  (512) 475-4195
Facsimile:   (512) 320-0167
kimberly.fuchs@texasattorneygeneral.gov

ATTORNEYS FOR APPELLEES THE
HONORABLE MICHAEL J. O'MALLEY AND
THE HONORABLE PENNY A. WILKOV, IN
THEIR OFFICIAL CAPACITIES AS
ADMINISTRATIVE LAW JUDGES FOR THE
STATE OFFICE OF ADMINISTRATIVE
HEARINGS

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Appellee conferred with counsel for the Appellee Walker and counsel for all intervenors and was advised that they were unopposed to this motion.  Counsel for Appellants advised the undersigned that Appellant is opposed to this motion.

*/s/ Kimberly Fuchs*
KIMBERLY FUCHS

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Appellee's First Unopposed Motion for Extension of Time has been served on July 17, 2015, on the following parties via electronic service and e-mail:

S. SHAWN STEPHENS
Texas Bar No. 19160060
JAMES P. SULLIVAN
Texas Bar No. 24070702
King & Spalding LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone:  (713) 751-3200
Facsimile:   (713) 751-3290
sstephens@kslaw.com
jsullivan@kslaw.com

BILLY M. DONLEY
State Bar No. 05977085
MARK E. SMITH
State Bar No. 24070639
Baker & Hostetler LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone:  (713) 751-1600
Facsimile:   (713) 751-1717
bdonley@bakerlaw.com
mesmith@bakerlaw.com

*Attorneys for Appellants*
*Volkswagen Group of Americas, Inc.*
*and Audi of America, Inc.*

J. BRUCE BENNETT
State Bar No. 02145500
Cardwell, Hart & Bennett, LLP
807 Brazos, Suite 1001
Austin, Texas 78701
Telephone: (512) 322-0011
Facsimile:  (512) 322-0808
jbb.chblaw@sbcglobal.net

JOSEPH W. LETZER
State Bar No. 24030763
DENT M. MORTON
State Bar No. 24056645
Burr & Forman, LLP
420 20TH Street N, Suite 3400
Birmingham, AL 35203-5210
Telephone: (205) 251-3000
Facsimile:  (205) 458-5100
jletzer@burr.com
dmorton@burr.com

*Attorneys for Appellees*
*Ricardo M. Weitz, Hi Tech Imports North,*
*LLC, Hi Tech Imports South, LLC, and*
*Hi Tech Imports, LLC*

4

WILLIAM. R. CROCKER
State Bar No. 5091000
Attorney at Law
807 Brazos, Ste 1014
Austin, Texas 78701
P.O. Box 1418
Austin, Texas 78767
Telephone:  (512) 478-5611
Facsimile:   (512) 474-2540
crockerlaw@earthlink.net

*Attorney for Appellee*
*Budget Leasing, Inc. d/b/a*
*Audi North Austin and*
*Audi South Austin*

DENNIS McKINNEY
State Bar No. 13719300
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4020
Facsimile:  (512) 320-0167
dennis.mckinney@texasattorneygeneral.gov

*Attorney for Appellee*
*John Walker III, in his official capacity as*
*Chairman of the Texas Department of*
*Motor Vehicles Board*


*/s/ Kimberly Fuchs*
KIMBERLY FUCHS
ATTORNEY FOR APPELLEES
SOAH ADMINISTRATIVE LAW JUDGES
O'MALLEY AND WILKOV